IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

IN RE:   MDL 1657 VIOXX PRODUCTS LIABILITY LITIGATION
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
EASTERN DISTRICT OF LOUISIANA C.A. 05-566 L (3)

CATHERINE WHEATLEY, ET AL.   )
           v.                )   Civil Action No. 2:04CV00020
MERCK & COMPANY, INC., ET AL. )

### TRANSFER ORDER

The Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order pursuant to 28 U.S.C. 1407 on February 16, 2005, transferring the above listed civil action to the United States District Court for the Eastern District of Louisiana, and assigning it to the Honorable Eldon E. Fallon for coordinated or consolidated pretrial proceedings with like actions previously transferred to that district.

Pursuant to that Order, this case is hereby

O R D E R E D

transferred to the United States District Court for the Eastern District of Louisiana to the Honorable Eldon E. Fallon.

ENTER: This _1st_ day of March, 2005.

_____
U. S. DISTRICT JUDGE